NATALIA COKINOS OAKES, Individually and as Successor Trustee of the HERBERT C. OAKES LIVING TRUST, as Assignee of Herbert C. Oakes, Jr. and Another, and as Guardian of LEOPOLD V. OAKES, an Infant, Respondent, v BETTY O. MUKA, Appellant.

Submitted December 6, 2010; decided January 11, 2011

Motion for reconsideration of this Court's October 19, 2010 dismissal order denied [*see* 15 NY3d 867 (2010)].

EUGENE PALLADINO, Appellant, v CNY CENTRO, INC., et al., Respondents. (And Another Action.)

Submitted November 15, 2010; decided January 11, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the consolidated actions within the meaning of the Constitution.

JAIME PEREZ, an Infant, by His Mother and Natural Guardian, NANCY TORRES, et al., Appellants, v CITY OF NEW YORK, Respondent.

Submitted December 6, 2010; decided January 11, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.